## SMITH *v.* UNITED STATES.

No. 27, Misc.   Decided October 26, 1959.

Petitioner *pro se.*

Solicitor General *Rankin,* Assistant Attorney General *Wilkey,* Beatrice Rosenberg and *J. F. Bishop* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is reversed.   *Ellis* v. *United States,* 356 U. S. 674.

## WORBETZ *v.* GOODMAN, WARDEN.

No. 174, Misc.   Decided October 26, 1959.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.